# United States District Court
## Northern District of Illinois
### Western Division

Keven L. Carter                    **JUDGMENT IN A CIVIL CASE**

     v.                                Case Number: 11 C 50299

Rock Valley College

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed as plaintiff is currently barred from filing any lawsuits in this court until he pays a $500.00 fine pursuant to order by the Court of Appeals. The fine has not been paid. Any pending motions are moot. This case is closed.

                                           Michael W. Dobbins, Clerk of Court

Date: 11/4/2011                          _____
                                                  /s/ Susan Bennehoff, Deputy Clerk